IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**SERGIO LAMADRID,**<br>Defendant. | Case No. 2:10CR244<br>Judge Peter C. Economus<br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court upon the Magistrate Judge's Report and Recommendation ("R&R") that the Court **ACCEPT** Defendant Sergio Lamadrid's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 66.)

On September 21, 2010, the Government filed an Indictment against Defendant. (Dkt. # 14.) On July 25, 2011, Defendant executed a Consent to Proceed with Conditional Guilty Plea Before a United States Magistrate Judge. (Dkt. # 63.) Also on July 25, 2011, a hearing was held in which Defendant entered a plea of guilty to Count One of the Indictment, conspiracy to distribute and possess with intent to distribute more than 100 kilograms of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(vii). The Magistrate Judge received Defendant's guilty plea and issued an R&R, recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 66.)

Neither party objected to the Magistrate Judge's R&R in the fourteen (14) days after it was issued. On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant was found to be competent to enter a plea. Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. Defendant's plea of guilty is approved.

Therefore, Defendant is adjudged guilty of violating 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(vii).  The sentencing hearing will be scheduled by separate notice from the Clerk.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus  -  August 19, 2011**
**UNITED STATES DISTRICT JUDGE**
